AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
CURTIS JAMES MILKS

Defendant(s)

Case No. 6:26-mj-2248

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 31, 2026 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 871 | Threats Against the President |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Nevada Gump, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/4/2026

City and state: Orlando, Florida

Chauncey A. Bratt
United States Magistrate Judge

**STATE OF FLORIDA** **CASE NO. 6:26-mj-** 2248

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT**

I, Nevada Gump, having been duly sworn, hereby make the following statement in support of the attached criminal complaint, being first duly sworn on oath, state that:

1. I am a Special Agent with the United States Secret Service (USSS) and have been employed with USSS since October 2006. Among my duties as a Special Agent, I am charged with the investigation of financial crimes, including bank fraud, wire fraud, identity fraud, credit card fraud, the manufacturing, possession, and passing of counterfeit United States currency, and counterfeit and fraudulent access devices, such as credit cards, debit cards, and gift cards. Additionally, my duties include the investigation of crimes involving persons making threats against the President and successors. I am a graduate of the two federal law enforcement academies and have received extensive training in criminal investigations and the examination of evidence accumulating over 1,000 hours of training.

2. This affidavit is submitted in support of the issuance of a criminal complaint charging Curtis James MILKS (MILKS) with threats against the President, in violation of 18 U.S.C. § 871(a).

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal

knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause that MILKS committed the above-listed offense. This affidavit does not contain all details or all facts of which I am aware relating to this investigation.

4. On October 31, 2026, the United States Secret Service (USSS) became aware of an individual using the online social media platform Facebook, whose parent company is Meta, to post a threatening statement via the Facebook user account, "Luciel Thorne" (hereafter "SUBJECT ACCOUNT"). The threats made on the SUBJECT ACCOUNT included a statement concerning killing the President of the United States.

5. Specifically, the statement at issue was made on or about October 31, 2026, on the SUBJECT ACCOUNT and read: "Hold on I'll get everyone to come get me, im at the trump rally right now under a fat man's shoopa. I have my Glock and im going to shoot trump when he walks out. See you then y'all. Bravo going dark hides back in the folds of darkness." (the "THREAT").

6. On that same day, President Trump was in the Southern District of Florida.

7. Based on the nature of the THREAT, Meta disclosed to law enforcement the records regarding the SUBJECT ACCOUNT including the THREAT. Meta also provided subscriber information that showed that the SUBJECT ACCOUNT was associated with MILKS based upon the date of birth

and email which was user-submitted within Facebook. Further, the records provided by Meta showed a phone number also associated with the SUBJECT ACCOUNT which law enforcement databases linked to MILKS.

8. According to the records provided by Meta, within twenty-eight minutes of making the THREAT, the SUBJECT ACCOUNT was geolocated by Meta to the coordinates of 28.505019, -81.341021. Those coordinates resolve to a residential address of [redacted] Jan Drive, Orlando, in the Middle District of Florida.

9. Investigators conducted an open-source query of the address [redacted] Jan Drive, Orlando, FL. The address was found to be linked to the mother of MILKS.

10. On the morning of November 3, 2026, Investigators went to the residence at [redacted] Jan Drive, Orlando, FL and found MILKS at that location. MILKS was interviewed regarding the THREAT and admitted to making the THREAT on Facebook. MILKS reported that he had made the THREAT in response to another posting on Facebook, which reported on the arrest of a female from Daytona Beach who had been arrested for making threats against the President.[1] MILKS stated that he wanted to be "obscene" and trolling in making his comment. MILKS admitted that he knew that it was unlawful to make a threat to the President and acknowledged that the statement could be considered a threat.

---

[1] Although he did not mention her by name, MILKS appeared to be referring to Allison Albro was arrested on or about October 29, 2026 in Daytona Beach (and subsequently charged in this Court), for posting the threat "Going to the trump rally in my city tmr so I can shoot him with my glock! wish me luck guys !!"

11. Based on the foregoing information, I respectfully submit that there is probable cause to believe that beginning on or about October 31, 2026, in the Middle District of Florida, MILKS knowingly made a true threat to kill the President of the United States in violation of 18 U.S.C. § 871(a).

This concludes my affidavit.

Nevada Gump, Special Agent
United States Secret Service

Affidavit submitted by email and attested
to me as true and accurate by telephone or
videoconference consistent with
Fed. R. Crim. P. 41(d)(3) this
4th day of November, 2026.

Chauncey A. Bratt
United States Magistrate Judge